AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>*Plaintiff(s)*<br>v.<br>MASSIVE WIRELESS, INC., KHALED AKHTAR, RAYS IPTV LLC, MUMTAZUR REHMAN DAUD, and DOES 1-10, d/b/a Glo TV<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-09071  TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Massive Wireless, Inc., 37-51 73rd Street, Jackson Heights, New York 11372

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Adam Rich
> David Wright Tremaine LLP
> 1251 Avenue of the Americas, 21st Floor
> New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 12/13/2023

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> *Plaintiff(s)* <br> v. <br> MASSIVE WIRELESS, INC., KHALED AKHTAR, RAYS IPTV LLC, MUMTAZUR REHMAN DAUD, and DOES 1-10, d/b/a Glo TV <br><br> *Defendant(s)* | Civil Action No. 23-cv-9071 TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Khaled Akhtar, 16439 108th Drive, Jamaica, New York 11433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>  Adam Rich
>  David Wright Tremaine LLP
>  1251 Avenue of the Americas, 21st Floor
>  New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 12/13/2023    *s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>*Plaintiff(s)*<br>v.<br>MASSIVE WIRELESS, INC., KHALED AKHTAR, RAYS IPTV LLC, MUMTAZUR REHMAN DAUD, and DOES 1-10, d/b/a Glo TV<br><br>*Defendant(s)* | Civil Action No. 23-cv-9071 TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rays IPTV LLC, 4688 Rio Verde Drive, Ramona, California 92065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Adam Rich
    David Wright Tremaine LLP
    1251 Avenue of the Americas, 21st Floor
    New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 12/13/2023

*s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> *Plaintiff(s)* <br> v. <br> MASSIVE WIRELESS, INC., KHALED AKHTAR, RAYS IPTV LLC, MUMTAZUR REHMAN DAUD, and DOES 1-10, d/b/a Glo TV <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  23-cv-9071 TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mumtazur Rehman Daud, 24688 Rio Verde Drive, Ramona, California 92065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Adam Rich
David Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 12/13/2023



*s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*