LAW OFFICES OF
# ANDREW MOULINOS
30-05 30th Avenue
Astoria, New York 111 2
*_____*
(718) 545-2600

January 24, 2025

The Hon. Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Dish Network v. Massive Wireless, Etal.
    **Case No. 23-cv-9071**

Dear Judge:

I am the attorney for defendants Khaled and Massive Wireless.

This letter is a joint status report. Counsel for the plaintiff and I have exchanged documents and a new settlement offer is pending.

We believe one more settlement conference under your auspices may succeed in the finalization of the settlement of this case.

Kindly let us know if you are amenable to that. I believe three weeks is an appropriate time frame. Counsel for DISH states that is prepared to participate in a settlement conference as soon as is convenient for the Court.

Very truly yours,

*s/Andrew Moulinos*

Andrew Moulinos, Esq.
AM:bb

cc: Adam I. Rich, Esq. (via email)