Case No. 23-cv-09071

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
DISH NETWORKS L.L.C.,

                                  Plaintiff

      - against -


MASSIVE WIRELESS, INC.,
KHALED AKHTAR, RAYS IPTV LLC
MUMTAZUR RAHMAN DAUD and
DOES 1-10, d/b/a GLO TV.,

                                Defendants.
-------------------------------------------------------x

## *DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION*

KHALED AKHTAR, being duly sworn, deposes and says:

1.    I am a direct defendant as well as the president of the defendant Massive Wireless, Inc. which operates a small retail store in Jackson Heights, New York selling cell-phones, headphones, mobile phone cases, accessories and other related electronics.

2.    I submit this affidavit in opposition to the motion filed by DISH Network L.L.C. seeking summary judgment.

3. The underlying basis for the lawsuit is that my store sold about fifty Rays TV boxes containing infringing material (movies).

4. It is true that my store did sell these boxes that turned out to contain infringing material making an approximate $5,000.00 in gross proceeds therefrom.

5. The way I got into this mess is through co-defendant MUMTAZUR REHMAN DAUD ("DAUD") who operates in California under the name Rays/TV. DAUD called me one day via a mutual friend and proposed that I take advantage of his company's products which sell movies (via a TV box) to the public.

6. DAUD had confidently asserted that he was licensed and an authorized seller/distributor of the content in the TV boxes. I am from Bangladesh and spoke in the Bengali language with Mr. DAUD. My English was not and is still not good. I took his word for it and did not have reason to disbelieve his assertions.

7. Then, at some later on, I received a letter from an attorney informing the company that I was infringing upon the copyrights.

8. I called DAUD about the letter and he told me that the letter is a scam and to ignore it as he was complete licensed to the content of the boxes. He again assured me that there was nothing to worry about and to continue selling the boxes.

9. It was when I received the lawsuit before the court that I realized the DAUD was phony and a scam artist at which time I stopped entirely the sale of the TV boxes. In short, I was innocent in believing Mr. DAUD.

10. If I had known that he was lying or misleading me, I would have stopped business with him long before. I was misled and lied to by co-defendant DAUD.

11. As soon as this complaint came in, I removed all indicia of TV boxes from the business but that has not stopped DAUD from continuing his business under the guise of a different name.

12. I am kindly requesting the court to consider, that I am a small business owner who was lied to and scammed and I did not make millions doing this.

Based on the foregoing, I respectfully request that the Court deny plaintiff's motion in its entirety, together with such other and further relief as this Court deems just and proper.

*[signature]*
KHALED AKHTAR

Sworn to on
September 2, 2025

*[signature]*
Notary Public

Majibur Rahman
Notary Public
01RA4974599
EXP. DATE NOV. 19, 2026